UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIDAD ALIBABA AHADPOUR,<br><br>Petitioner,<br><br>v.<br><br>MATTHEW G. WHITAKER, *et al.*,<br><br>Respondents. | No. 1:19-cv-00215-DAD-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING HABEAS PETITION FOR FAILURE TO PROSECUTE<br><br>(Doc. No. 8) |

Petitioner Alidad Alibaba Ahadpour is a former federal detainee proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2019, the assigned magistrate judge ordered petitioner to show cause why his petition should not be dismissed due to lack of jurisdiction. (Doc. No. 6.) However, the order was returned to the court unserved as undeliverable with a notation explaining that petitioner is no longer in federal immigration custody. Petitioner had until February 13, 2019 to update the court with a new address of record but failed to do so. Accordingly, on February 26, 2020, the assigned magistrate judge issued findings and recommendations, recommending that the petition for federal habeas relief be denied due to petitioner's failure to prosecute and failure to comply with the court's orders. (Doc. No. 8.) The findings and recommendations were served

on petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on February 26, 2020 (Doc. No. 8) are adopted in full;
2. The petition for a writ of habeas corpus (Doc. No. 1) is denied without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 21, 2020**                                   /s/ Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE